Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Robert McCullock                              **Case Number:**  1:16CR10332

**Name of Sentencing Judicial Officer SD/GA:** Honorable B. Avant Edenfield, U.S. District Judge

**Name of Assigned Judicial Officer D/MA:** Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** October 02, 2003

**Date of Revocation Sentence:** February 03, 2020

**Original Offense:** Transportation of Child Pornography, in violation of 18 U.S.C. §2252A(a)(1)

**Original Sentence:** 92 months of custody followed by 36 months of supervised release, with conditions requiring sex offender, mental health, and substance abuse treatment & testing; polygraph testing; sex offender registration requirements; computer and internet restrictions/monitoring; no contact with anyone under 18 without prior approval from probation; 150 hours community service; and a $1,800 fine.

**Revocation Sentence:** 6 months of custody followed by 30 months of supervised release.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** September 01, 2016

**Date Supervision Re-commenced:** July 01, 2020

---

## PETITIONING THE COURT

[  ]   To extend the term of supervision for     years, for a total term of     years
[ X ]   To modify the conditions of supervision as follows:

**The defendant shall reside at a Residential Reentry Center (RRC) for an additional 180 days, or until he can secure appropriate housing, as determined by the U.S. Probation Office. While at the RRC, the defendant shall abide by all the rules of the facility.**

### CAUSE

Mr. McCullock released from custody on July 01, 2020 and recommenced a period of supervised release. Per his special conditions, he released directly to Coolidge House (RRC). Since commencing supervision, Mr. McCullock has remained in compliance with his conditions. He is engaged in sex offender treatment and he is employed full time. Mr. McCullock's current RRC placement is scheduled to terminate on December 31, 2020. He has not yet identified a release plan and he will require additional time at Coolidge House in order to do so. As such, the Probation Office is requested that his time at the RRC be extended for an additional 180 days or until he can secure appropriate house. Mr. McCullock agreed to the modification as evidenced by his signature on the

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision (Form 49).

Reviewed/Approved by:

*/s/ Lisa Paiva*
Lisa Paiva
Supervisory U.S. Probation Officer

Respectfully submitted,

*/s/ Michael D. Forman*
by  Michael D. Forman
Sr. U.S. Probation Officer
Date: 12/14/2020

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

I have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at a Residential Reentry Center (RRC) for an additional 180 days, or until he can secure appropriate housing, as determined by the U.S. Probation Office. While at the RRC, the defendant shall abide by all the rules of the facility.**

Witness: /s/ Michael D. Forman           Signed: _____

Sr. U.S. Probation Officer                        Supervised Releasee

12/11/20
DATE